Robert D. Hoffman - State Bar No. 123458
**CHARLSTON, REVICH & WOLLITZ LLP**
1925 Century Park East, Suite 1250
Los Angeles, California 90067-2746
Tel: (310) 551-7016 • Fax: (310) 203-9321
E-mail: rhoffman@crwllp.com

JS-6

Attorneys for Plaintiff,
Carolina Casualty Insurance Company

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TODAY'S FRESH START CHARTER SCHOOL, INC., a California corporation; JEANNETTE PARKER, a California resident; and CLARK PARKER, a California resident,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-04793-JHN-MANx<br><br>**ORDER FOR RESCISSION OF NONPROFIT MANAGEMENT LIABILITY INSURANCE POLICY AND DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　Based upon the stipulation of the parties for an order for the rescission of the Nonprofit Management Liability Insurance Policy issued by plaintiff Carolina Casualty Insurance Company ("CCIC") to Today's Fresh Start Charter, Inc. aka Today's Fresh Start Charter School, Inc. ("TFSCI") bearing policy number 3941825 for the policy period December 1, 2009 to December 1, 2010 ("CCIC Policy") and for the dismissal of the captioned action ("CCIC Action") in its entirety with prejudice as to all claims and parties, and good cause appearing therefor;

IT IS HEREBY ORDERED as follows:

1. The CCIC Policy is hereby rescinded in its entirety and is void ab initio and provides no insurance coverage whatsoever to any person or entity for any claim or matter.

2. CCIC has no duty or obligation under the CCIC Policy, to defend, to provide reimbursement for defense fees or other costs, to indemnify or to pay for or provide reimbursement for any settlements, awards or judgments, no matter how denominated which have heretofore or may hereafter be incurred or expended by any party or entity, including but not limited to, TFSCI, Jeannette Parker and Clark Parker (collectively "TFSCI Parties"), in connection with any claims whatsoever, including but not limited to, the claims asserted by former TFSCI teacher E. Kevin Gilligan ("Gilligan Claims") referred to in the Complaint in the CCIC Action.

3. Each party shall bear its own legal fees and costs incurred in connection with the CCIC Action.

4. The parties hereto release any and all known and unknown claims that were, could or should have been asserted against each other in the CCIC Action, including but not limited to, claims relating to, and/or arising out of, the CCIC Action and/or the Gilligan Claims, and expressly waive all rights and remedies available under California Civil Code §1542 that provides "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

5. The TFSCI Parties shall not be required to respond to the Complaint in the CCIC Action and no defaults will be taken against the TFSCI Parties.

6. Each party to this Stipulation has made such investigation of the facts pertaining to this Stipulation and all matters that are the subject of the Stipulation as it has independently deemed necessary and appropriate, including but not limited to, consulting attorneys for independent legal advice on the advisability of entering

{00026489.DOCX 1}{00026489.DOCX 1} 2
[Proposed] Order to Rescind Nonprofit Management Liability Insurance Policy and Dismiss Action

1  into this Stipulation and the waiver of California Civil Code §1542 provided in this
2  Stipulation.
3      7.    The CCIC Action is dismissed in its entirety with prejudice as to all
4  claims and parties.

6      IT IS SO ORDERED.
7  DATED: August 10, 2010    _____
8                  UNITED STATES DISTRICT COURT JUDGE